United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BROADNAX,

Plaintiff,

Case No. 26-cv-07626-EKL

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On July 28, 2026, Plaintiff Cottrell L. Broadnax, a *pro se* prisoner, mailed a letter to the Court. ECF No. 1. In an abundance of caution, the Court opened a civil rights case. On that same date, the Clerk of the Court sent Broadnax a notice informing him that his action could not go forward until he paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. ECF No. 4. The notice warned Broadnax that failure to do so within 28 days would result in dismissal of his action without prejudice. *Id.* More than 28 days have passed, and Broadnax has not paid the filing fee or returned the completed IFP application in this matter. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 1, 2026

Eumi K. Lee
United States District Judge